UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO D. CRAMER,<br><br>        Plaintiff,<br><br>    v.<br><br>R. ESTRADA, et al.,<br><br>        Defendant. | Case No.: 1:19-cv-00112 JLT (PC)<br><br>ORDER TO ASSIGN DISTRICT JUDGE<br><br>FINDINGS AND RECOMMENDATIONS TO DISMISS WITHOUT PREJUDICE FOR FAILURE TO FILE AN APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE |

By an order filed July 1, 2019, the Court ordered the plaintiff to pay the filing fee or to file a completed in forma pauperis affidavit and a certified copy of his prison trust account statement. The Court cautioned him that his failure to do so would result in a recommendation that this action be dismissed. The thirty-day period has now expired, and the plaintiff has not responded to the Court's order and has not filed the required documents. Thus, the Court ORDERS the Clerk of the Court to assign a district judge to this case, and the Court RECOMMENDS that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the

1

objections shall be filed and served within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated: **September 23, 2019**  /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE