UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO D. CRAMER,<br><br>        Plaintiff,<br><br>    v.<br><br>R. ESTRADA, et al.,<br><br>        Defendants. | No. 1:19-cv-00112-DAD-JLT (PC)<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION DUE TO PLAINTIFF'S FAILURE TO PAY THE REQUIRED FILING FEE AND OBEY A COURT ORDER</u><br><br>(Doc. No. 6) |

Plaintiff Lorenzo D. Cramer is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 24, 2019, the assigned magistrate judge issued findings and recommendations, recommending that this action be dismissed due to plaintiff's failure to comply with the court's July 1, 2019 order which required plaintiff to either pay the required filing fee to proceed with this action or file an application to proceed *in forma pauperis*. (Doc. No. 6; *see also* Doc. No. 5.) The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Doc. No. 6 at

/////

1–2.)  The deadline to file objections has passed, and plaintiff has failed to file objections or otherwise communicate with the court regarding this action.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly:

1. The September 24, 2019 findings and recommendations (Doc. No. 6) are adopted in full;
2. This action is dismissed, without prejudice, due to plaintiff's failure to pay the required filing fee and failure to obey a court order; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **March 9, 2020**

UNITED STATES DISTRICT JUDGE